*984 537 U. S. 1029;
538 U. S. 1035;
ante, p. 960;
537 U. S. 1215;
538 U. S. 963;
ante, p. 902;
ante, p. 961;
*985 No. 02-10148.
No. 02-10166.
No. 02-10177.
No. 02-10211.
No. 02-10271.
No. 02-10422.
No. 02-10427.
No. 02-10464.
No. 02-10603.
ante, p. 925;
ante, p. 919;
ante, p. 945;
ante, p. 945;
ante, p. 947;
ante, p. 963;
ante, p. 963;
ante, p. 909; and
ante, p. 965. Petitions for rehearing denied.